John Albrecht, NV Bar No. 4505
General Counsel
Kiah D. Beverly-Graham, NV Bar No. 11916
Deputy General Counsel
Truckee Meadows Community College
2215 Raggio Parkway
Reno, Nevada 89512-1095
(775) 673-7396
(775) 673-7135 fax
John.Albrecht@dri.edu
Kiah.Beverly@dri.edu

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LARS JENSEN,

       Plaintiff,

  v.

NATALIE BROWN, et al.

       Defendants.

Case No. 3:22-cv-00045-MMD-CLB

**STIPULATION AND ORDER REGARDING SERVICE OF FIRST AMENDED COMPLAINT AND DATE FOR DEFENDANTS BROWN, ELLSWORTH, FLESHER, HILGERSOM, MURGOLO, AND ROSE, INDIVIDUALLY AND OFFICIALLY, TO FILE RESPONSIVE PLEADING OR OTHERWISE MOVE**

Plaintiff Lars Jensen, by his attorney, Michael Langton, and Defendants Natalie Brown, Julie Ellsworth, Anne Flesher, Karin Hilgersom, Marie Murgolo, and Melody Rose, all in their individual and official capacities, by their attorneys, John Albrecht and Kiah Beverly-Graham, Truckee Meadows Community College Office of General Counsel, stipulate as follows:

1. John Albrecht will accept service of the summons and First Amended Complaint as of February 16, 2022.

///

///

///

-1-

2. The parties stipulate that the defendants in their individual and official capacities have up to and including March 15, 2022, to file a responsive pleading to the First Amended Complaint or to otherwise move.

Dated this 16th day of February, 2022.

/s/ *Michael Langton*
Michael Langton, NV Bar #290
801 Riverside Drive
Reno, NV 89503

*Attorney for Plaintiff Lars Jensen*

Dated this 16th day of February, 2022.

/s/ *Kiah Beverly-Graham*
John Albrecht, NV Bar # 4505
General Counsel
Kiah Beverly-Graham, NV Bar #11916
Deputy General Counsel
Truckee Meadows Community College
2215 Raggio Parkway
Reno, Nevada 89512-1095
*Attorneys for all Defendants*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Date: February 16, 2022