Michael E. Langton, NV Bar #290
John M. Nolan, NV Bar #15790
Mark Mausert, NV Bar #2398
801 Riverside Drive
Reno, NV 89503
(775) 329-7557
mlangton@sbcglobal.net
jmnolan@gmail.com
mark@mausertlaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LARS JENSEN, | CASE NO.: 3:22-cv-0045 |
| Plaintiff, | |
| vs. | |
| NATALIE BROWN, et al, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**COMES NOW** Plaintiff LARS JENSEN, by and through his undersigned counsel, and Defendants NATALIE BROWN, et al, and herewith stipulate that counsel for Plaintiff may extend the time to file Plaintiff's Opposition to Defendants' Motion To Dismiss from March 30, 2022, to and including April 13, 2022, and Defendants may extend the time to file a Reply to Plaintiff's Opposition to Motion To Dismiss from April 14, 2022, to and including May 4, 2022.

Clients/Jensen/Stip & Order for Ext of Time
3/16/2022

Page 1

This Stipulation is filed pursuant to LR7-1 and LR 7-2.

**DATED** this 16 day of March, 2022.

*Michael E. Langton*
MICHAEL E. LANGTON, ESQ.
Nevada Bar No.: 290
801 Riverside Drive
Reno, Nevada 89503
(775) 329-7557

/s/ John M. Nolan,
Nevada Bar No.: 15790
2570 Peavine Creek Road
Reno, Nevada 89523

/s/ Mark Mausert
Mark Mausert
Nevada Bar No.: 2398
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477

Attorneys For Plaintiff

/s/ John Albrecht
John Albrecht, Esq.
Nevada Bar No.: 4505
Kiah D. Beverly-Graham, Esq.
Nevada Bar No.: 1916
Truckee Meadows Community College
2215 Raggio Parkway
Reno, NV 89512
(775) 673-7396

Attorneys For Defendants

**IT IS SO ORDERED.**

**DATED** this 21st day of March, 2022.

_____
U.S. DISTRICT JUDGE

Clients/Jensen/Stip & Order for Ext of Time
3/16/2022