John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

Michael Langton, Esq. (NSBN 290)
801 Riverside Drive
Reno, NV 89503
Telephone: (775) 329-3612
mlangton@sbcglobal.net

Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff Lars Jensen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARS JENSEN, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>NATALIE BROWN, in her individual and official capacities as Administrative Officer at Truckee Meadows Community College; JULIE ELLSWORTH, in her individual and official capacities as Dean of Sciences at Truckee Meadows Community College; ANNE FLESHER, in her individual and official capacities as Dean of Math and Physical Sciences at Truckee Meadows Community College; KARIN HILGERSOM, in her individual and official capacities as President of Truckee Meadows Community College; MARIE MURGOLO, in her individual and official capacities as Vice President of Academic Affairs at Truckee Meadows Community College; MELODY ROSE, in her | Case No. 3:22-cv-00045-ART-CLB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

individual and official capacities as Chancellor of the Nevada System of Higher Education,

    *Defendants.*

Plaintiff, LARS JENSEN, by and through his undersigned counsel, hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following items in connection with Plaintiff's Response in Opposition to Defendants' Motion to Dismiss the First Amended Complaint:

1. Exhibit A: Plaintiff David Demers, Complaint Exhibit A, *Demers v. Austin, et al.,* Case No. 2:09-cv-00334-RHW (E.D. Wash.)(hereinafter "*Demers v. Austin*") ECF No. 1-2.

2. Exhibit B: Arthur E. Bester, *Aimlessness in Education,* The Scientific Monthly, Vol. 75, No.2 (Aug. 1952), pp. 109-116.  Published By: American Association for the Advancement of Science.

3. Exhibit C: Letter to Plaintiff Lars Jensen from Mark Criley, Senior Program Officer at the American Association of University Professors on October 21, 2021. (attachments included).

4. Exhibit D: Letter to President Hilgersom from Joshua Bleisch, Faculty Legal Defense Fund Fellow, at the Foundation for Individual Rights in Education (hereinafter "FIRE") on October 1, 2021.

5. Exhibit E: Letter to President Hilgersom from Keith Whittington, Chair of the Academic Committee at the Academic Freedom Alliance on October 22, 2021.

This Court may take judicial notice of a fact if it is "generally known within the territorial jurisdiction of the trial court" or "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned, so that the fact is not subject to reasonable dispute." Fed. R. Evid. 201.  Further this Court may also take judicial notice of documents that are incorporated by reference in the plaintiff's complaint, although not attached, to a complaint if: (1) the complaint refers to the document, (2) it is central to the plaintiff's claims, and (3) the authenticity of the document is not disputed.  *United States v. Corinthian Colleges*, 655 F.3d 984, 999 (9th Cir. 2011).

Exhibit A is a court record from *Demers v. Austin*, which is an undisputed public record since it was filed in federal court.  Exhibit B is a published academic paper that was the subject of the litigation in *State ex rel. Richardson v. Board of Regents*, 70 Nev. 144 (1954). Exhibits C through E are documents incorporated by reference in Plaintiff's First Amended Complaint (ECF No. 8) and they are generally known within the territorial jurisdiction of this Court since they were either published by, quoted in, or linked to in the following: (1) *ThisisReno,* (2) *Nevada Independent*, (3) *Academe,* or (4) the FIRE website.  Further, this Court may take judicial notice of information contained in news stories "as an indication of what is in the public realm." *Von Saher v. Norton Simon Museum of Art of Pasadena,* 592 F.3d 954, 960 (9th Cir. 2010); *Heliotrope Gen., Inc. v. Ford Motor Co.,* 189 F.3d 971, 981 (9th Cir. 1999).

Links to each of the above can be found in full below:

https://www.thefire.org/fire-letter-to-truckee-meadows-community-college-october-1-2021/

https://thenevadaindependent.com/article/math-curriculum-fight-spotlights-college-faculty-discipline-disputes

https://thisisreno.com/2021/10/higher-ed-faculty-interested-tmcc-alleged-academic-freedom-violations/

https://academeblog.org/2021/11/03/in-defense-of-lars-jensen-part-1/

In sum, the above items meet the requirements of Rule 201 of the Federal Rules of Evidence, and therefore, the Court must take judicial notice of them pursuant to Rule 201(c)(2).

DATED: April 13, 2022

                                        Respectfully submitted,

By:  /s/ John M. Nolan
John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

/s/ Michael Langton
Michael Langton, Esq. (NSBN 290)
801 Riverside Drive
Reno, NV 89503
Telephone: (775) 329-3612
mlangton@sbcglobal.net

/s/ Mark Mausert
Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff*

## INDEX OF EXHIBITS

| Exhibit # | Description | Number of Pages |
|---|---|---|
| A | 7-Step Plan from *Demers v. Austin* | 5 |
| B | Article titled "*Aimlessness in Education*" | 9 |
| C | Letter to Lars Jensen from Mark Criley | 16 |
| D | Letter to President Hilgersom from Joshua Bleisch | 6 |
| E | Letter to President Hilgersom from Keith Whittington | 2 |