John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

Michael Langton, Esq. (NSBN 290)
801 Riverside Drive
Reno, NV 89503
Telephone: (775) 329-3612
mlangton@sbcglobal.net

Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff Lars Jensen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARS JENSEN, an individual,<br><br>*Plaintiff,*<br>v.<br><br>NATALIE BROWN, et al<br><br>*Defendants.* | Case No. 3:22-cv-00045-ART-CLB<br><br>**JOHN M. NOLAN DECLARATION** |

I, John M. Nolan, declare under penalty of perjury as follows:

1. I am co-counsel for Plaintiff Dr. Lars Jensen.

2. This declaration is in support of Plaintiff's Motion to Amend his Response in Opposition to Defendants' Brown, et al., Motion to Dismiss the First Amended Verified Complaint.

3. In connection with my duties as co-counsel, I have obtained personal knowledge of the facts stated herein.

4. On September 7, 2022, Plaintiff Lars Jensen forwarded to me an email with two attachments from Elena Bubnova.

5. The two attachments contained approximately 289 pages of emails and other documents that were part of a public records request that Plaintiff Lars Jensen had originally requested on September 16, 2021.

6. Attached to the accompanying Motion to Amend are true and correct copies of 3 pages of relevant documents from the public records disclosure from Elena Bubnova on September 7, 2022 listed as Exhibit H.

DATED: September 22, 2022

By: /s/ John M. Nolan
John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com