# EXHIBIT H

**Email thread dated January 18, 2020-January 21, 2020**

# EXHIBIT H

**From:** Julie Ellsworth <jellsworth@tmcc.edu>
**Sent on:** Tuesday, January 21, 2020 12:00:14 PM
**To:** Kim Studebaker <kstudebaker@tmcc.edu>
**Subject:** Re: Pathways - Some Observations

He disobeyed my request of process in the meeting and I will be writing him up.

Sent from my iPhone

> On Jan 21, 2020, at 8:14 AM, Kim Studebaker <kstudebaker@tmcc.edu> wrote:
>
> Here's my cell # if needed:
> ▮▮▮▮▮▮▮▮▮▮
>
>> On Tue, Jan 21, 2020 at 7:24 AM Julie Ellsworth <jellsworth@tmcc.edu> wrote:
>> He bullies all the time
>>
>> I will play today as we go. Do not need anyone on hand. But will call if needed. Thanks!
>>
>> Sent from my iPhone
>>
>>> On Jan 20, 2020, at 10:16 AM, Kim Studebaker <kstudebaker@tmcc.edu> wrote:
>>>
>>> Ok, thanks. It sounds like from your response to AnnE that Lars has been disruptive and bullying in your recent Math Dept meetings-is that correct ? Do you want the police nearby during your summit and breakout sessions?or do you prefer to take a "wait and see" approach?
>>>
>>> On Sun, Jan 19, 2020 at 7:24 AM Julie Ellsworth <jellsworth@tmcc.edu> wrote:
>>>> The Summit is on Tuesday from 9am-1:30pm, primarily in Rdmt 256...but there are two breakout rooms from 10:30-12:30 in 252 and 253. I do not know if Anne sent or if the message was received.
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Jan 19, 2020, at 7:08 AM, Kim Studebaker <kstudebaker@tmcc.edu> wrote:
>>>>>
>>>>> Confirming that I received this email. What time and where is the Math Summit being held on Tuesday?
>>>>>
>>>>> Kim
>>>>>
>>>>> On Sat, Jan 18, 2020 at 11:47 AM Julie Ellsworth <jellsworth@tmcc.edu> wrote:
>>>>>> You may inform Lars that I consider 13B the final version, based on the department vote, and it is time to move forward.
>>>>>>
>>>>>> If he is unable to move forward he may be excused from the Math Summit on Tuesday and future math meetings.
>>>>>>
>>>>>> I will not tolerate disruption toward moving forward, and I will have the police on hand to remove him from the Summit or future math meetings if it becomes necessary. I will not tolerate his bullying and harassing behavior.
>>>>>>
>>>>>> I have cc-ed HR so they are aware of the situation.
>>>>>>
>>>>>> You may forward him this email, if that is easiest.
>>>>>>
>>>>>> Thanks,
>>>>>> Julie
>>>>>>
>>>>>> On Sat, Jan 18, 2020 at 11:20 AM Anne Flesher <aflesher@tmcc.edu> wrote:
>>>>>>> Where the conversation is today. Using 105 is in conflict with the policy. They need help!
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>> Begin forwarded message:
>>>>>>>
>>>>>>>> **From:** Lars <ljensen@tmcc.edu>
>>>>>>>> **Date:** January 18, 2020 at 10:05:40 AM PST

**To:** Anne Flesher <aflesher@tmcc.edu>, Bill Gallegos <bgallegos@tmcc.edu>, Bill Newhall <bnewhall@tmcc.edu>, Blisin Hestiyas <bhestiyas@tmcc.edu>, Casey Machen <cmachen@tmcc.edu>, Damien Ennis <dennis@tmcc.edu>, Dan Hooper <dhooper@tmcc.edu>, Gail Ferrell <gsmall@tmcc.edu>, Hieu Do <hdo@tmcc.edu>, Jeffrey Olsen <jolsen@tmcc.edu>, Jim Cotter <jcotter@tmcc.edu>, Jim Winston <jwinston@tmcc.edu>, Jonathan Lam <jlam@tmcc.edu>, Kurt Ehlers <kehlers@tmcc.edu>, Lars Jensen <ljensen@tmcc.edu>, Paula Farrenkopf <pfarrenkopf@tmcc.edu>, Rebecca McCleary <rmccleary@tmcc.edu>, Rebecca Porter <rporter@tmcc.edu>, Shannon McCool <smccool@tmcc.edu>, Shehara Snow <ssnow@tmcc.edu>, Theodore Lambert <tlambert@tmcc.edu>
**Subject: Pathways - Some Observations**

Dear Colleagues,

Here are some of my observations and proposals (attached) on the co-req paths, and related issues. (Yes, I will keep fighting this until everything is written in rock.)

(1) There no agreement in the Department on what Math 124 is going to be. Some, including Jeff, believe we need to basically change it into a Math 95+96. Others, including Anne and myself believe it should be taught in accord with the course description, i.e. basically as a second precalc course. While Paula, Kurt, Jeff, and I were discussing this last Wednesday, the following idea came up for the STEM sequence: Start the STEM pathway with an open Math 105, and allow students who pass this course to register for a co-req Math 126+26. This makes Math 124 unnecessary, but does not prevent us from teaching it (according to course description, of course) if nursing or others really need us to. The obvious advantage with this setup is that we are taking full advantage of the fact that we are a community college, and STEM students who find that Math 126+3 is too much for them can fall back on Math 105, and go change into a vocational direction (see attached).

(2) What we're doing to Math 120 is unconscionable. there is no reason why we cannot keep teaching regular Math 120 exactly the way we do now, and complement it with a Math 120+20 coreq (3+3) course, where the Math 20 part covers Math 95+96. This would align us with UNR as well. Teaching the 120 part of a Math 120+20 coreq course exactly as we do now would not change retention- or graduation rates at all because the grade in a 120+20 is determined by the grade in the 120 part. If we did it this way, we could allow a student passing any 120 to register for 126, and we would be aligned with UNR. (see attached).

(3) I assume we shall have a final vote of approval for whatever version we com up with. I don't consider the current voting procedure sufficient. For example when we get a choice between version 13a and 13b, I see it as a choice between which of these version I prefer, and not a question of whether I approve of any of these. For example, I prefer 13b over 13a, but I would vote against on an up/down vote on either one. Therefore I cannot consider Version 13b as final before an up/down vote on it has been taken.\\

Lars.

--


--

*Public Records Notice:* In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

--
**Public Records Notice:** In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

--
Julie Ellsworth, Ph.D.
Dean of Sciences

Truckee Meadows Community College
775.674.7552 (Dandini office)

--
**Public Records Notice:** In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

--

**Kim Studebaker, SPHR, SHRM-SCP**
**Assistant Director, Human Resources**
Truckee Meadows Community College
7000 Dandini Blvd./RDMT 211
Reno, NV 89512
(775) 674-7502 Phone
(775) 674-7560 Fax
kstudebaker@tmcc.edu

--
**Public Records Notice:** In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

--
**Public Records Notice:** In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

--

**Kim Studebaker, SPHR, SHRM-SCP**
**Assistant Director, Human Resources**
Truckee Meadows Community College
7000 Dandini Blvd./RDMT 211
Reno, NV 89512
(775) 674-7502 Phone
(775) 674-7560 Fax
kstudebaker@tmcc.edu

--
**Public Records Notice:** In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

--
**Public Records Notice:** In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.

--

**Kim Studebaker, SPHR, SHRM-SCP**
**Assistant Director, Human Resources**
Truckee Meadows Community College
7000 Dandini Blvd./RDMT 211
Reno, NV 89512
(775) 674-7502 Phone
(775) 674-7560 Fax
kstudebaker@tmcc.edu

--
**Public Records Notice:** In accordance with Nevada Revised Statutes (NRS) Chapter 239, this email and responses, unless otherwise made confidential by law, may be subject to the Nevada Public Records laws and may be disclosed to the public upon request.