John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

Michael Langton, Esq. (NSBN 290)
801 Riverside Drive
Reno, NV 89503
Telephone: (775) 329-3612
mlangton@sbcglobal.net

Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff Lars Jensen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARS JENSEN, an individual, <br><br>*Plaintiff,*<br><br>v.<br><br>NATALIE BROWN, in her individual and official capacities as Administrative Officer at Truckee Meadows Community College; JULIE ELLSWORTH, in her individual and official capacities as Dean of Sciences at Truckee Meadows Community College; ANNE FLESHER, in her individual and official capacities as Dean of Math and Physical Sciences at Truckee Meadows Community College; KARIN HILGERSOM, in her individual and official capacities as President of Truckee Meadows Community College; MARIE MURGOLO, in her individual and official capacities as Vice President of Academic Affairs at Truckee Meadows Community College; MELODY ROSE, in her | Case No. 3:22-cv-00045-ART-CLB<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO AMEND RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED VERIFIED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

individual and official capacities as Chancellor
of the Nevada System of Higher Education,

*Defendants.*

Plaintiff Lars Jensen, by and through his undersigned counsel, submits this Reply in support of his Motion to Amend his Response in Opposition to Defendants' Brown, et al., Motion to Dismiss the First Amended Complaint filed on September 22, 2022, (ECF No. 44)(the "Motion" ).  The defined terms used herein are given the same meaning as in the Motion.

I. **ARGUMENT**

Plaintiff withdraws his argument that Fed. R. Civ. P. 15(a)(2) applies, but still requests that the Motion be granted since this Court has the inherit authority to allow amendment to the Plaintiff's OMTD.  Fed. R. of Civ. P. 1 states that the rules "…should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."  The proposed exhibit containing the email thread was received on September 6, 2022, after both the FAC and the OMTD had been filed.  The material in the proposed exhibit is highly relevant for the reasons listed in the Motion and is germane to the determination of allegations and the causes of action listed in the FAC.

First, in Plaintiff's Motion there was no change to any arguments in the OMTD.  Plaintiff stands behind all previously made arguments in the OMTD and awaits this Court's ruling.  The Motion filed simply requests leave of the Court to add one additional exhibit that supports the arguments Plaintiff has already made to this Court in his OMTD and the allegations already made in the FAC.

−2−
Plaintiff's Reply in Support of His Motion to Amend Response in Opposition to Defendants' Motion to Dismiss
3:22-cv-00045-ART-CLB

Second, in the Opposition to the Motion Defendants argue through a series of case citations that the Court may not "consider additional facts set forth in an opposition or reply brief when considering a Motion to Dismiss." *See* Opp. 1:6-10  However, these arguments fail to account for the facts and allegations as set forth in the FAC.  Plaintiff did in fact plead First Amendment retaliation by Defendants.  *See* FAC ¶ 2, 3, 4, 5, 22, 23, 25, 26-45, 47-49, 60, 61-67, 84-86, 91-94, 97-98, 101-109.  Plaintiff specifically plead in his FAC that Defendants "sought to silence" and "punish him." *Id*. ¶ 2  Plaintiff did plead that he attempted "…on multiple occasions to professionally communicate his concerns." *Id.* ¶ 2  The FAC stated that "Dr. Jensen has consistently voiced his concerns regarding the lowering of math standards and deterioration of shared governance at TMCC since at least 2017." ¶ 22  The proposed exhibit containing the email thread which further substantiates the allegations as listed in the FAC as it demonstrates that at least two of the named Defendants did make attempts to silence and punish Plaintiff.  The Ninth Circuit has held that "[a]s it makes sense and comports with existing practice, we hold that documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994).

## II.     CONCLUSION

For the foregoing reasons, Plaintiff Dr. Lars Jensen respectfully requests this honorable Court to grant the Motion for Leave to Amend his OMTD by including Exhibit H.  This exhibit contains an email thread which demonstrates Plaintiff was targeted prior to the Math Summit on January 21, 2020, for retaliation based on his constitutionally protected speech.

///

///

DATED: October 13, 2022

Respectfully submitted,

By:  /s/ John M. Nolan
John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

/s/ Michael Langton
Michael Langton, Esq. (NSBN 290)
801 Riverside Drive
Reno, NV 89503
Telephone: (775) 329-3612
mlangton@sbcglobal.net

/s/ Mark Mausert
Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff Lars Jensen*