John Albrecht, NV Bar No. 4505
General Counsel
Truckee Meadows Community College
2215 Raggio Parkway
Reno, Nevada 89512-1095
(775) 673-7396
(775) 673-7135 fax
John.Albrecht@dri.edu
Kiah.Beverly@dri.edu

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARS JENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>NATALIE BROWN, et al.<br><br>    Defendants. | Case No. 3:22-cv-00045-MMD-CLB |

### ORDER GRANTING FOR WITHDRAWAL OF JOHN ALBRECHT AS ATTORNEY FOR ALL DEFENDANTS, INDIVIDUALLY AND OFFICIALLY

Plaintiff Lars Jensen, by his attorney, Michael Langton, and Defendants Melody Rose, Karin Hilgersom, Marie Murgolo, Natalie Brown, Julie Ellsworth, and Anne Flesher, in their official and individual capacities, and Kiah Beverly-Graham, attorney for Defendants, stipulate to the withdrawal of John Albrecht as an attorney for the Defendants. Attorney Kiah Beverly-Graham will continue as the attorney for all defendants. Mr. Beverly-Graham's contact information is on file with the court as he has appeared as co-counsel for all defendants. Signatures for this stipulation may be on separate pages.

[SIGNATURE PAGE TO FOLLOW]

-1-

Dated this \_\_14th\_\_ day of \_\_November\_\_, 2022.

_____
John Albrecht, NV Bar No. 4505
General Counsel
Truckee Meadows Community College
2215 Raggio Parkway
Reno, Nevada 89512-1095
(775) 673-7396
(775) 673-7135 fax
john.albrecht@dri.edu
*Attorneys for Defendants*

_____
Kiah D. Beverly-Graham, NV Bar 11916
Deputy General Counsel
Truckee Meadows Community College
2215 Raggio Parkway
Reno, NV 89512-1095
(775) 673-7300
(775) 673-7135 fax
kiah.beverly@dri.edu
*Attorneys for Defendants*

Approved:

_____
Dr. Melody Rose, individually and
in her official capacity

_____
Karin Hilgersom, individually and in her
official capacity

_____
Marie Murgolo, individually and
in her official capacity

_____
Natalie Brown, individually and in
her official capacity

_____
Julie Ellsworth, individually and in her
official capacity

_____
Anne Flesher, individually and in
her official capacity

/s/ Michael Langton
_____
Michael Langton, NV Bar No. 290
801 Riverside Drive
Reno, NV 89503
775-329-3612
mlangton@sbcglobal.net
*Attorney for Plaintiff*

Dated: November 14, 2022

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE

-2-