John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

Michael Langton, Esq. (NSBN 290)
801 Riverside Drive
Reno, NV 89503
Telephone: (775) 329-3612
mlangton@sbcglobal.net

Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff Lars Jensen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARS JENSEN, an individual, | Case No. 3:22-cv-00045-LRH-CLB |
| *Plaintiff,* | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| v. | |
| NATALIE BROWN, in her individual and official capacities as Administrative Officer at Truckee Meadows Community College; JULIE ELLSWORTH, in her individual and official capacities as Dean of Sciences at Truckee Meadows Community College; ANNE FLESHER, in her individual and official capacities as Dean of Math and Physical Sciences at Truckee Meadows Community College; KARIN HILGERSOM, in her individual and official capacities as President of Truckee Meadows Community College; MARIE MURGOLO, in her individual and official capacities as Vice President of Academic Affairs at Truckee Meadows Community College; MELODY ROSE, in her | District Judge: Larry R. Hicks |

individual and official capacities as Chancellor of the Nevada System of Higher Education,

*Defendants.*

Notice is hereby given through this Notice of Appeal to the United States Court of Appeals for the Ninth Circuit that Lars Jensen the appellant in the above-named case, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order of United States District Court Judge Larry R. Hicks (ECF No. 58) dated September 27, 2023.  A copy of the Order (ECF No. 58) is attached hereto as Exhibit A. The Representation Statement required by FRAP 12(b) is attached as Exhibit B.

DATED: October 2, 2023                                   Respectfully submitted,

By:  /s/ John M. Nolan
John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

/s/ Michael Langton
Michael Langton, Esq. (NSBN 290)
801 Riverside Drive
Reno, NV 89503
Telephone: (775) 329-3612
mlangton@sbcglobal.net

/s/ Mark Mausert
Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff Lars Jensen*

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury that I am a citizen of the United States, over eighteen (18) years of age, and not a party to, nor interested in, the within action; and on the date set below, I sent a true and correct copy, **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**, via the electronic filing system maintained by the above mentioned Court and the United States Postal Service mail, to the addressee listed below:

Kiah D. Beverly-Graham<br>
NV Bar No. 11916<br>
General Counsel<br>
Truckee Meadows Community College<br>
2215 Raggio Parkway<br>
Reno, Nevada 89512-1095<br>
(775) 673-7300<br>
(775) 673-7135 fax<br>
kiah.beverly@dri.edu

DATED: October 2, 2023

/s/ John M. Nolan
*Attorney for Lars Jensen*

**INDEX OF EXHIBITS**

| Exhibit # | Description | Number of Pages |
|---|---|---|
| A | District Judge Larry R. Hicks September 27, 2023 Order | 20 |
| B | Representation Statement Required by FRAP 12(b) | 2 |