UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LARS JENSEN, Doctor,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>NATALIE BROWN, Doctor; et al.,<br><br>   Defendants - Appellees. | No. 23-2545<br><br>D.C. No.<br>3:22-cv-00045-LRH-CLB<br><br>District of Nevada,<br>Reno<br><br>MANDATE |

The judgment of this Court, entered March 10, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT