UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DR. LARS JENSEN,<br><br>　　　　　　　Plaintiff,<br>　v.<br>DR. NATALIE BROWN, *et al.*<br><br>　　　　　　　Defendants. | Case No. 3:22-cv-00045-MMD-CLB<br>Ninth Circuit Court of Appeals No. 23-2545<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on March 10, 2025, issued its opinion[1] (ECF No. 64) reversing and remanding, and on April 1, 2025, issued its mandate thereon (ECF No. 67), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court and directs further proceedings.

It is therefore ordered that the Court's prior dismissal order (ECF No. 58) is vacated in part. The order of dismissal is vacated as to dismissal of the First Amendment claims, and as to denial of leave to amend Plaintiff's due process and equal protection claims.

It is further ordered that the judgment (ECF No. 59) issued in accordance with the dismissal order is vacated.

It is further ordered that Plaintiff may proceed on his First Amendment retaliation claims, in accordance with the opinion of the circuit court reversing dismissal of those claims.

It is further ordered that Plaintiff has leave to amend his due process and equal protection claims, in accordance with the opinion of the circuit court affirming the dismissal of those claims but requiring an opportunity to amend.

---

[1] A corrected opinion was docketed on March 27, 2025 (ECF No. 66).

It is further ordered that Jensen has 15 days from the date of this order to file an amended complaint.

The Clerk of Court is directed to reopen this case and update the docket accordingly.

DATED THIS 21st Day of April 2025.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE