John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

Michael Langton, Esq. (NSBN 290)
5400 La Briana Court
Reno, NV 89511
Telephone: (775) 232-8574
mlangton@sbcglobal.net

Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARS JENSEN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NATALIE BROWN, et al.,<br><br>    Defendants. | Case No: 3:22-cv-00045-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff Lars Jensen and Defendants Natalie Brown, et al., by and through their respective undersigned counsel, hereby stipulate and respectfully request that the Court extend the current deadline for Plaintiff to file his Second Amended Complaint.  The Court's Order dated April 21, 2025 (ECF No. 69), requires Plaintiff to file his amended complaint by May 6, 2025. The parties are engaging in settlement discussions, including exploring the possibility of mediation.  Therefore, the parties stipulate and request that the deadline for (1) Plaintiff to file his Second Amended Complaint be extended by ninety (90) days, up to and including August 5, 2025; and (2) Defendants to file their answer or motion in response to the Second Amended Complaint be extended to sixty (60) days after the date on which Plaintiff files his Second Amended Complaint.  This is the first request for an

1

extension of this deadline. This stipulation is made in good faith and not for purposes of delay.

DATED: April 29, 2025

*/s/ John M. Nolan*
John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

*/s/ Michael Langton*
Michael Langton, Esq. (NSBN 290)
5400 La Briana Court
Reno, NV 89511
Telephone: (775) 232-8574
mlangton@sbcglobal.net

*/s/ Mark Mausert*
Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff*

DATED: April 29, 2025

/s/___*Kiah D. Beverly-Graham*
Kiah D. Beverly-Graham, NV Bar No. 11916
General Counsel
Truckee Meadows Community College
2215 Raggio Parkway
Reno, Nevada 89512-1095
(775) 673-7396
(775) 673-7135 fax
Kiah.beverly@dri.edu

*Attorney for Defendants*

## **[PROPOSED] ORDER**

IT IS SO ORDERED.


Plaintiff's deadline to file a Second Amended Complaint is extended up to and including August 5, 2025 and Defendants' deadline to answer or otherwise move in response is extended to sixty days after Plaintiff files his Second Amended Complaint.


DATED: _____

_____

Hon. Miranda M. Du

United States District Judge