1
2
John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

3
4
5
Michael Langton, Esq. (NSBN 290)
5400 La Briana Court
Reno, NV 89511
Telephone: (775) 232-8574
mlangton@sbcglobal.net

6
7
8
9
Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

10
*Attorneys for Plaintiff*

11
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

12

13
LARS JENSEN, an individual,

Plaintiff,

14
vs.

15
16
NATALIE BROWN, et al.,

17
Defendants.

Case No: 3:22-cv-00045-MMD-CLB

**ORDER GRANTING
STIPULATION TO EXTEND
DEADLINE TO FILE SECOND
AMENDED COMPLAINT
(FIRST REQUEST)**

18   Plaintiff Lars Jensen and Defendants Natalie Brown, et al., by and through their

19   respective undersigned counsel, hereby stipulate and respectfully request that the Court

20   extend the current deadline for Plaintiff to file his Second Amended Complaint.  The

21   Court's Order dated April 21, 2025 (ECF No. 69), requires Plaintiff to file his amended

22   complaint by May 6, 2025. The parties are engaging in settlement discussions, including

23   exploring the possibility of mediation.  Therefore, the parties stipulate and request that the

24   deadline for (1) Plaintiff to file his Second Amended Complaint be extended by ninety (90)

25   days, up to and including August 5, 2025; and (2) Defendants to file their answer or motion

26   in response to the Second Amended Complaint be extended to sixty (60) days after the date

27   on which Plaintiff files his Second Amended Complaint.  This is the first request for an

28

1

extension of this deadline. This stipulation is made in good faith and not for purposes of delay.

DATED: April 29, 2025          */s/ John M. Nolan*
John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

*/s/ Michael Langton*
Michael Langton, Esq. (NSBN 290)
5400 La Briana Court
Reno, NV 89511
Telephone: (775) 232-8574
mlangton@sbcglobal.net

*/s/ Mark Mausert*
Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff*

DATED: April 29, 2025          /s/____*Kiah D. Beverly-Graham*
Kiah D. Beverly-Graham, NV Bar No. 11916
General Counsel
Truckee Meadows Community College
2215 Raggio Parkway
Reno, Nevada 89512-1095
(775) 673-7396
(775) 673-7135 fax
Kiah.beverly@dri.edu

*Attorney for Defendants*

1

**ORDER**

2  IT IS SO ORDERED.

3

4  Plaintiff's deadline to file a Second Amended Complaint is extended up to and including

5  August 5, 2025 and Defendants' deadline to answer or otherwise move in response is

6  extended to sixty days after Plaintiff files his Second Amended Complaint.

7

8  DATED: __April 28, 2025_____

9

10  _____

11  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3