John M. Nolan, Esq. (NSBN 15790)
2750 Peavine Creek Road
Reno, Nevada 89523
jmnolan84@gmail.com

Michael Langton, Esq. (NSBN 290)
5400 La Briana Court
Reno, NV 89511
Telephone: (775) 232-8574
mlangton@sbcglobal.net

Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LARS JENSEN, an individual, | Case No: 3:22-cv-00045-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT (SECOND REQUEST)** |
| NATALIE BROWN, et al., | |
| Defendants. | |

Plaintiff Lars Jensen and Defendants Natalie Brown, et al., by and through their respective undersigned counsel, hereby stipulate and respectfully request that the Court extend the current deadline for Plaintiff to file his Second Amended Complaint. The Court's Order dated April 28, 2025 (ECF No. 72), requires Plaintiff to file his amended complaint by August 5, 2025. The parties have reached a settlement in principle and are currently working on a draft settlement agreement, which they need additional time to finalize. Therefore, the parties stipulate and request that the deadline for Plaintiff to file his Second Amended Complaint be extended by ninety (90) days, up to and including November 3, 2025. This is the second request for an extension of this deadline. This stipulation is made in good faith and not for purposes of delay.

1

|   |   |
|---|---|
| DATED: August 1, 2025 | */s/ John M. Nolan* <br> John M. Nolan, Esq. (NSBN 15790) <br> 2750 Peavine Creek Road <br> Reno, Nevada 89523 <br> jmnolan84@gmail.com <br><br> */s/ Michael Langton* <br> Michael Langton, Esq. (NSBN 290) <br> 5400 La Briana Court <br> Reno, NV 89511 <br> Telephone: (775) 232-8574 <br> mlangton@sbcglobal.net <br><br> */s/ Mark Mausert* <br> Mark Mausert, Esq. (NSBN 2398) <br> Sean McDowell, Esq. (NSBN 15962) <br> 729 Evans Avenue <br> Reno, Nevada 89512 <br> Telephone: (775) 786-5477 <br> mark@markmausertlaw.com <br><br> *Attorneys for Plaintiff* |
| DATED: August 1, 2025 | /s/____*Kiah D. Beverly-Graham* <br> Kiah D. Beverly-Graham, NV Bar No. 11916 <br> General Counsel <br> Truckee Meadows Community College <br> 2215 Raggio Parkway <br> Reno, Nevada 89512-1095 <br> (775) 673-7396 <br> (775) 673-7135 fax <br> Kiah.beverly@dri.edu <br><br> *Attorney for Defendants* |

2

**ORDER**

Plaintiff's deadline to file a Second Amended Complaint is extended up to and including November 3, 2025.

IT IS SO ORDERED.

DATED: August 8, 2025

_____
UNITED STATES MAGISTRATE JUDGE

3