Michael Langton, Esq. (NSBN 290)
5400 La Briana Court
Reno, NV 89511
Telephone: (775) 232-8574
mlangton@sbcglobal.net

Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARS JENSEN, an individual, | Case No: 3:22-cv-00045-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED ORDER]** |
| NATALIE BROWN, et al., | |
| Defendants. | |

Plaintiff Lars Jensen, by and through his undersigned counsel, and Defendants, by and through their undersigned counsel, hereby stipulate and agree that the above captioned action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: October 10, 2025    */s/ Michael Langton*
Michael Langton, Esq. (NSBN 290)
5400 La Briana Court
Reno, NV 89511
Telephone: (775) 232-8574
mlangton@sbcglobal.net

*/s/ Mark Mausert*
Mark Mausert, Esq. (NSBN 2398)
Sean McDowell, Esq. (NSBN 15962)
729 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
mark@markmausertlaw.com
*Attorneys for Plaintiff*

|   |   |
|---|---|
| DATED: October 10, 2025 | /s/ *Kiah Beverly-Graham*<br>Kiah D. Beverly-Graham, NV Bar No. 11916<br>General Counsel<br>Truckee Meadows Community College<br>2215 Raggio Parkway<br>Reno, Nevada 89512-1095<br>(775) 673-7396<br>(775) 673-7135 fax<br>Kiah.beverly@dri.edu<br><br>*Attorney for Defendants* |

ORDER

IT IS SO ORDERED.

This matter is hereby dismissed with prejudice, each party to bear its own fees and costs.

DATED: October 14, 2025

_____
Hon. Miranda M. Du
United States District Judge

2